IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-01499-ZLW

MONTY HARMON,

Applicant,

v.

[NO NAMED RESPONDENT],

Respondent.

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant, Monty Harmon, filed letter to the Court ***pro se*** on June 18, 2010. The Court must construe the letter liberally because Mr. Harmon is proceeding ***pro se***. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the letter will be treated as a motion to reconsider, and the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Harmon filed the motion to reconsider more than twenty-eight days after the Order of Dismissal and the Judgment were entered in the instant action on August 6, 2009. The Court, therefore, finds that the motion to reconsider is filed pursuant to Rule 60(b). ***See*** Fed. R. Civ. P. 60(b); ***see also*** Fed. R. Civ. P. 59(e).

The instant action was dismissed without prejudice on August 6, 2009 for Mr. Harmon's failure, within the time allowed, to cure the deficiencies designated in the June 26, 2009 order to cure and for his failure to prosecute. Mr. Harmon fails to address the reasons for the dismissal and fails to demonstrate that reinstatement is deserved because extraordinary circumstances exist, ***see Massengale v. Oklahoma Bd. of Examiners in Optometry***, 30 F.3d 1325, 1330 (10th Cir. 1994), as required under Fed. R. Civ. P. 60(b). Upon consideration of the motion to reconsider and the entire file, the Court concludes that Mr. Harmon fails to demonstrate any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action.

Accordingly, it is

ORDERED that the letter that Applicant, Monty Harmon, filed ***pro se*** on June 18, 2010, and which the Court has construed liberally as a motion pursuant to Fed. R. Civ. P. 60(b), is denied.

DATED at Denver, Colorado, this 29th day of June, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01499-ZLW

Monty Harmon
1724 Mount Washington Ave #2A
Colorado Springs, CO 80905

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/30/10

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk